# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8659 FFM | Date | March 19, 2018 |
|---|---|---|---|
| Title | *Denise Thomas v. Ventura County Superior Court*, et al. | | |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: None Present

Attorneys Present for Defendant: None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE AMENDED PLEADING**

On February 12, 2018, the Court issued an order dismissing plaintiff's First Amended Complaint and granting plaintiff 30 days' leave to file an amended pleading. (Docket No. 14.) As of the date of this order, plaintiff has not filed an amended pleading. The Court therefore ORDERS plaintiff to show cause in writing, within **14 days** of the date hereof, why this action should not be dismissed for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Initials of Preparer    JM