# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV17-8659-MWF (ASx) | Date | May 10, 2018 |
|---|---|---|---|
| Title | Denise Thomas, an individual, and L.G.T. , a minor, by and through her guardian ad litem v. Ventura County Superior Court, et. al., | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
| N/A | N/S |

**Proceedings:** ORDER TO SHOW CAUSE re Petition of Denise Thomas for Appointment of Guardian Ad Litem for Minor Child

Plaintiffs are ordered to show cause in writing no later than May 17, 2018 why Denise Thomas should be appointed as guardian ad litem for L.G.T., a minor child, in light of Denise Thomas' own interest in the litigation as a plaintiff on her own behalf and failure to submit a declaration stating that her appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

IT IS SO ORDERED.

cc: Michael W. Fitzgerald
U.S. District Judge